395 A.2d 981

DePasquale et ux. v. Automatic Cigarette Service Company, Appellant, et al.

Argued September 12, 1978. B. Todd Maguire, for appellant; Richard J. Marvsak, with him Thomas J. Carlyon, for appellees, DePasquale; Herman E. Cardoni, submitted a brief for appellees, Cipriani; William F. Anzalone, with him Joseph A. Quinn, Jr., for appellee, Chopick.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Orders affirmed.